**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **In Re Terrorist Attacks on September 11, 2001** | : | **As Relates to 1:03-md-01570** |
| | : | |
| **DANIELLE MCGUIRE**, as Personal | : | **CORRECTED AND AMENDED** |
| Representative of the **ESTATE OF PATRICK** | : | **SHORT FORM COMPLAINT** |
| **MCGUIRE, Deceased** | : | **AND DEMAND FOR TRIAL** |
| | : | **BY JURY** |
| **DANIELLE MCGUIRE**, the surviving Spouse | : | |
| of Patrick McGuire | : | **1:19-CV-00031 (GBD)(SN)** |
| | : | |
| **MARA MCGUIRE**, surviving Child of Patrick | : | **ECF CASE** |
| McGuire | : | |
| | : | |
| **RYAN MCGUIRE**, surviving Child of Patrick | : | |
| McGuire | : | |
| | : | |
| **SEAN MCGUIRE**, surviving Child of Patrick | : | |
| McGuire | : | |
| | : | |
| **SHEA MCGUIRE**, surviving Child of Patrick | : | |
| McGuire | : | |
| | : | |
| **AARON ADLER**, surviving Sibling of | : | |
| Lee Alan Adler | : | |
| | : | |
| **ISABELL DANSIGER ADLER**, surviving Parent | : | |
| of Lee Alan Alder | : | |
| | : | |
| **JAY ADLER**, surviving Sibling of Lee Alan Adler | : | |
| | : | |
| **LAUREN SARAH ADLER MARTINELLI**, | : | |
| surviving Child of Lee Alan Adler | : | |
| | : | |
| **RANDI ADLER**, surviving Sibling of Lee Alan | : | |
| Adler | : | |
| | : | |
| **CORAZON FERNANDEZ**, as Personal | : | |
| Representative of the **ESTATE OF JUDY** | : | |
| **FERNANDEZ, Deceased** | : | |
| | : | |
| **CORAZON FERNANDEZ**, a surviving Parent of | : | |
| Judy Fernandez | : | |
| | : | |
| **CIRILO FERNANDEZ**, a surviving Parent of | : | |
| Judy Fernandez | : | |

**MARIANNA GARFI**, surviving Parent
of Francesco Garfi, Deceased

**SALVATORE GARFI**, surviving Parent
of Francesco Garfi, Deceased

**VITO GARFI**, as Personal Representative of
the **ESTATE OF FRANCESCO GARFI,
DECEASED**

**VITO GARFI**, surviving Sibling of
Francesco Garfi, Deceased

**KATHRYN GRAZIOSO**, a surviving Child of
John Grazioso

**KRISTEN GRAZIOSO**, a surviving Child of
John Grazioso

**TINA GRAZIOSO**, as Parent and Natural
Guardian of M.G., a minor

**THERESA COOKE**, surviving Sibling
of LeRoy W. Homer, Jr.

**MICHELLE HARGIS**, surviving Sibling
of LeRoy W. Homer, Jr.

**CHRISTINE HOMER**, surviving Sibling
of LeRoy W. Homer, Jr.

**CHRISTINE HOMER**, as Personal
Representative of the **ESTATE OF THOMAS
FREIMARK**, surviving Sibling of
LeRoy W. Homer, Jr.

**ILSE HOMER**, a surviving Parent
of LeRoy W. Homer, Jr.

**MONIQUE HOMER**, surviving Sibling
of LeRoy W. Homer, Jr.

**MARILYN JOHNSON**, surviving Sibling
of LeRoy W. Homer, Jr.

**CHERYL HOMER WILSON**, surviving Sibling
of LeRoy W. Homer, Jr.

2

**GERMAINE WILSON**, surviving Sibling of
LeRoy W. Homer, Jr.

**KEVIN JIAN**, a surviving Child of Hweidar
Jian

**WILLIAM JIAN**, a surviving Child of Hweidar
Jian

**MICHAEL LOGUIDICE**, as Personal
Representative of the **ESTATE OF CARMELLO
LOGUIDICE**, a surviving Parent of Catherine
Lisa LoGuidice

**JOANNE MISTRULLI**, as Personal
Representative of the **ESTATE OF FRANK
MISTRULLI**, a surviving Sibling of
Joseph D. Mistrulli

**DALE ALLEN NACKE**, as Personal
Representative of the **ESTATE OF LOUIS P.
NACKE, Deceased**, a surviving Parent of Louis
Nacke

**DALE ALLEN NACKE**, as Personal
Representative of the **ESTATE OF PHILOMENA
MILLACE NACKE, Deceased**, a surviving Parent
of Louis Nacke

**RACHEL LOGAN**, a surviving Sibling
of Nicholas Rowe

**ALEXANDER ROWE** as Parent and Legal
Guardian of **NADINE ROWE**, a surviving
Sibling of Nicholas Rowe

**ALEXANDER ROWE** as Personal Representative
of the **ESTATE OF JUDITH ROWE, Deceased**,
a surviving Parent of Nicholas Rowe

**PAUL ROWE**, a surviving Sibling
of Nicholas Rowe

                    **PLAINTIFFS,**

                **v.**

3

**KINGDOM OF SAUDI ARABIA**                    :
                                                :
                    **DEFENDANT.**              :
                                                :
_____

## CORRECTED AND AMENDED SHORT FORM SAUDI ARABIA COMPLAINT

The *McGuire* Plaintiffs file this Corrected and Amended *Ashton* Short Form Saudi Arabia Complaint against Defendant Kingdom of Saudi Arabia by and through undersigned counsel. The *McGuire* Plaintiffs incorporate by reference the specific allegations, as indicated below, of the *Ashton* Plaintiffs' Complaint against the Kingdom of Saudi Arabia, 17-cv-2003 Doc. No. 1 in the United States District Court for the Southern District of New York, consolidated with 03 MDL 1570 ("the *Ashton* Saudi Arabia Complaint"). The *McGuire* Plaintiffs file this *Ashton* Short Form Saudi Arabia Complaint as permitted and approved by the Court's Order of May 23, 2018, ECF No. 4 6 5 .

## VENUE

1.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.      Jurisdiction of this *Ashton* Short Form Saudi Arabia Complaint, as asserted in the *Ashton* Saudi Arabia Complaint, is premised upon and applicable to all defendants in this action:

■   28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

■   28 U.S. C. § 1605B (Justice Against Sponsors of Terrorism Act)

■   28 U.S.C. § 1330 (actions against foreign states)

4

☐ Other: set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):_____

_____

_____

## CAUSES OF ACTION

3.      The *McGuire* Plaintiffs hereby adopt and incorporate by reference the

*Ashton* Saudi Arabia Complaint as if set forth fully herein.

4.      Furthermore, the following claims and allegations are asserted by the

*McGuire* Plaintiffs and are herein adopted by reference from the *Ashton* Saudi Arabia Complaint:

■ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

■ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

■ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

■ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

■ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

■ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Plaintiffs assert(s) the following additional theories and/or Causes of Action against the Defendants: _____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

5.      The following allegations and information are alleged as to each individual

who is bringing this claim, as indicated on Appendix 1 to this *Ashton* Short Form Saudi Arabia

Complaint; as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative; and/or to the survivors of the decedent's Estate; herein referred to as "Plaintiffs."

a. The citizenship/nationality of Plaintiff is as stated in Appendix 1 to this *Ashton* Short Form Saudi Arabia Complaint.

b. Plaintiff is entitled to recover damages on the causes of action set forth in this *Ashton* Short Form Saudi Arabia Complaint.

c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, related to the September 11, 2001 Terrorist Attacks, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Ashton* Short Form Saudi Arabia Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Ashton* Short Form Saudi Arabia Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

g. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or personal injury claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations

of the *Ashton* Short Form Saudi Arabia Complaint deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANTS

6.     The following is a Defendant herein:

     Kingdom of Saudi Arabia

This *Ashton* Short Form Saudi Arabia Complaint shall be deemed subject to any motion to dismiss the *Ashton* Saudi Arabia Complaint or any other filings responsive to the *Ashton* Saudi Arabia Complaint.

## NO WAIVER OF OTHER CLAIMS

7.     By filing this *Ashton* Short Form Saudi Arabia Complaint, the *McGuire* Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.     By filing this *Ashton* Short Form Saudi Arabia Complaint, the *McGuire* Plaintiffs are not opting out of any class that the Court may certify in the future.

**WHEREFORE**, the *McGuire* Plaintiffs pray for relief and judgment against Defendants as set forth in the *Ashton* Saudi Arabia Complaint as appropriate.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to the claims in this action.

Date:  July 17, 2023                    Respectfully Submitted,

_____/s/_____
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, PLLC
2208 18th Street, NW, #110
Washington, D.C.  20009
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D) *(Lead Counsel)*
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

7

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN  46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

*Attorneys for the McGuire Plaintiffs*

See Appendix 1 Annexed